## MOORE *v.* JACKSON.

LUMPKIN, J. None of the grounds of the motion for a new trial involve legal principles which require discussion; a number of them depend on the applicability of certain charges to the pleadings and evidence; and while there may have been some inaccuracies, under the pleadings and evidence there is nothing which requires a reversal.

*Judgment affirmed. All the Justices concur.*
NOVEMBER 20, 1912.

Trover. Before Judge Walker. Greene superior court. August 17, 1911.

*Brown & Shipp* and *Joseph P. Brown,* for plaintiff in error.
*Noel P. Park,* contra.